UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: WILLIAM & KELLEY KELSAY CASE NO. 17-20487

DEBTOR(S) CHAPTER 7
Judge Wise

---

# PETITION TO APPROVE LOAN MODIFICATION

---

Come now the Debtors, by Counsel, and hereby move the Court to enter an order approving a loan modification agreement between the Debtor, Kelley Heinke now Kelley Kelsay, and Creditor, Wells Fargo Home Mortgage. In support thereof Debtors state as follows:

Wells Fargo Home Mortgage has offered the Debtor, Kelley Heinke now Kelley Kelsay, and the Debtor has accepted a loan modification agreement which modifies the terms of the Debtor's mortgage. A copy of the loan modification agreement is attached hereto and incorporated herein by reference.

**WHEREFORE**, Debtors respectfully request:

The Court approve the proposed loan modification agreement attached to this petition with respect to the following real property: 2088 Gribble Drive, Covington, KY 41017. The loan modification was offered to the debtor by Wells Fargo Home Mortgage and will not negatively impact any other creditors of the Debtors.

Respectfully submitted,
Edmondson & Associates

*/s/ Alexander F. Edmondson*
Alexander F. Edmondson
28 West Fifth Street
Covington, KY 41011
(859) 491-5551
(859) 491-0187 (fax)
aedmondson@edmondsonlaw.com
Counsel for Debtors

## NOTICE

Please take notice that unless written objection is filed within 14 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing by June 1, 2017 with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 18, 2017 a copy of the foregoing was served via ECF filing and/or email or US mail postage prepaid upon the following:

-United States Trustee
-Chapter 7 Trustee
-Lerner Sampson Rothfuss, on behalf of Wells Fargo Home Mortgage @ Bill.Purtell@lsrlaw.com
-Wells Fargo Home Mortgage @ 3476 Stateview Blvd., Fort Mill, SC 29715 & @ P.O. Box 10335, Des Moines, IA 50306
-Debtors via email and U.S. mail postage prepaid

*/s/ Alexander F. Edmondson*
ALEXANDER F. EDMONDSON

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**IN RE: WILLIAM & KELLEY KELSAY** **CASE NO. 17-20487**

**DEBTOR(S)** **CHAPTER 7**
**Judge Wise**

---

## ORDER APPROVING LOAN MODIFICATION

---

The Creditor, Wells Fargo Home Mortgage, having offered the Debtor, Kelley Heinke, now Kelley Kelsay, a loan modification agreement which modifies the terms of the Debtor's mortgage and the Debtor agreeing to the same, and the Court being in all ways duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtors' Petition for Loan Modification is approved.

This the ______ day of _________________________, 2017.

_________________________________________
Judge

Copies to:

Alexander F. Edmondson, Esq.
Bill Purtell, Esq.

**Modification Proposal**

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| | | | |
| Current Unpaid Principal Balance | $114,538.37 | Post Modification Unpaid Principal Balance | $122,305.86 |
| Current Maturity Date | 10/01/2037 | Post Modification Maturity Date | 05/01/2057 |
| Current Term (in months) | 245 | Post Modification Term (in months) | 480 |
| Current Payment Due Date | 09/01/2016 | Post Modification Due Date | 06/01/2017 |
| Current Principal and Interest | $764.16 | Post Modification Principal and Interest | $530.34 |
| Current Payment Amount | $1,056.13 | Estimated Post Modification Payment Amount | $822.31 |
| Current Interest Rate | 5.500 % | Post Modification Interest Rate | 4.250 % |
| | | Amount(Capitalized) | $7,767.49 |

**If your client is seeking a reaffirmation**

If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

**Call me today if you have any questions**

If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely,

DUSTIN KAISAND
HOME PRESERVATION SPECIALIST
PHONE: 855-716-0537
EXT: 5155125714

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2016 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801